UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DOROTHY FYALL-WILLIAMS,

                           Plaintiff,                  **ORDER**

           -against-                   25 Civ. 5731 (AEK)

TARGET COPRORATION,

                           Defendant.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  June 9, 2026
         White Plains, New York

                               **SO ORDERED.**

                               _____
                               ANDREW E. KRAUSE
                               United States Magistrate Judge